## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

THE ANDERSON LIVING TRUST
f/k/a THE JAMES H. ANDERSON LIVING
TRUST, et al.,

      Plaintiffs,

v.                                                              CV No. 13-909 WJ/CG

ENERGEN RESOURCES CORPORATION,

      Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

**THIS MATTER** is before the Court on Plaintiffs' counsel Karen Aubrey's *Unopposed Motion to Withdraw as Plaintiffs' Counsel*, (Doc. 205), filed September 10, 2018. The Court, having read the motion, noting that it is unopposed and that Plaintiffs will continue to be represented by other current counsel of record, finds that the Motion is well-taken and should be **GRANTED**.

      **IT IS THEREFORE ORDERED** that Karen Aubrey is terminated as counsel of record for Plaintiffs in this matter.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE