IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE ANDERSON LIVING TRUST
f/k/a THE JAMES H. ANDERSON LIVING
TRUST, et al.,

      Plaintiffs,

v.                                                       CV No. 13-909 WJ/CG

ENERGEN RESOURCES CORPORATION,

      Defendant.

## ORDER TO FILE STATUS REPORT

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that the parties file a joint status report regarding the status of this case no later than **July 12, 2019**. The status report shall: (1) outline the remaining issues in this case; (2) outline any discovery the parties still need; (3) describe how a Special Master may be useful to resolving the parties' claims; and (4) state whether it would be beneficial for the Court to set a settlement conference.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE