**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ANDERSON LIVING TRUST, et al.,

    Plaintiffs,

v.                                                                        CV No. 13-909 WJ/CG

ENERGEN RESOURCES CORPORATION,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court *sua sponte*. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **December 3, 2019, at 2:00 p.m.** The parties shall be prepared to discuss setting a settlement conference in this case.

    Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

                                                                THE HONORABLE CARMEN E. GARZA
                                                                 CHIEF UNITED STATES MAGISTRATE JUDGE