**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ANDERSON LIVING TRUST, et al.,

    Plaintiffs,

v.                                                 CV No. 13-909 WJ/CG

ENERGEN RESOURCES CORPORATION,

    Defendant.

## ORDER VACATING INITIAL SCHEDULING ORDER

**THIS MATTER** is before the Court on Defendant's *Motion for Reconsideration*, (Doc. 258), filed December 18, 2019. As a result of Defendant's Motion, the Court will hereby **VACATE** the Rule 16 Scheduling Conference set for **January 28, 2020**, and the Joint Status Report due **January 20, 2020**. The Court will monitor this case and set this matter for a status conference after the presiding Judge has ruled on the *Motion for Reconsideration*, (Doc. 258), to discuss settlement negotiations or additional, narrowly defined, discovery.

**IT IS THEREFORE ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 257), and all accompanying deadlines, is hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE