## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ANDERSON LIVING TRUST, et al.,

    Plaintiffs,

v.                                                 CV No. 13-909 WJ/CG

ENERGEN RESOURCES CORPORATION,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court on the Court's *Order Denying Motion to Reconsider and Denying Plaintiffs' Motion to Allow Surreply*, (Doc. 264), filed January 24, 2020. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **February 10, 2020, at 2:30p.m.** The parties shall be prepared to discuss setting a settlement conference in this case.

Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE