## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ANDERSON LIVING TRUST, et al.,

    Plaintiffs,

v.                                                      CV No. 13-909 WJ/CG

ENERGEN RESOURCES CORPORATION,

    Defendant.

## ORDER VACATING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that the status conference scheduled for **April 14, 2020, at 2:00p.m.** is **VACATED**. The Court will reset the status conference after the Tenth Circuit Court of Appeals issues a ruling on the *Petition for Permission to Appeal*, (Doc. 266), filed February 7, 2020.

In the interim, the Court encourages counsel to call chambers or file a request for a status conference if the parties would like to proceed with a settlement conference, either telephonically or via Zoom.

**IT IS SO ORDERED**.

                                        THE HONORABLE CARMEN E. GARZA
                                      CHIEF UNITED STATES MAGISTRATE JUDGE