IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE ANDERSON LIVING TRUST
f/k/a THE JAMES H. ANDERSON LIVING
TRUST, et al.,

      Plaintiffs,

v.                                              CV No. 13-909 WJ/CG

ENERGEN RESOURCES CORPORATION,

      Defendant.

## ORDER TO FILE STATUS REPORT

**THIS MATTER** is before the Court on the parties' *Joint Statement on Scheduling Conference*, (Doc. 270), filed April 21, 2020. In the parties' Joint Statement, they explain they will exchange and review documents in accordance with the Court's Order granting certification. (Doc. 270 at 1). The parties estimate this process will take sixty days. *Id.* at 2.

**IT IS THEREFORE ORDERED** that the parties shall file a joint status report outlining the case posture and the status of document exchange no later than **July 1, 2020**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE