IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE ANDERSON LIVING TRUST
f/k/a THE JAMES H. ANDERSON LIVING
TRUST, et al.,

      Plaintiffs,

v.                                                                                           CV No. 13-909 WJ/CG

ENERGEN RESOURCES CORPORATION,

      Defendant.

## ORDER TO FILE STATUS REPORT

**THIS MATTER** is before the Court on the parties' *Joint Status Report*, (Doc. 272), filed June 30, 2020. In the Joint Status Report, the parties explain they have been investigating and reviewing potential class members to prepare for the possibility of settlement. (Doc. 272 at 2). The parties request an additional 60 days to finalize their investigation and review. *Id.*

**IT IS THEREFORE ORDERED** that the parties shall file a joint status report outlining the case posture and the status of document exchange no later than **September 1, 2020**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE