IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE ANDERSON LIVING TRUST
f/k/a THE JAMES H. ANDERSON LIVING
TRUST, et al.,

      Plaintiffs,

v.                              CV No. 13-909 WJ/CG

ENERGEN RESOURCES CORPORATION,

      Defendant.

## ORDER TO FILE STATUS REPORT

**THIS MATTER** is before the Court on the parties' *Joint Status Report*, (Doc. 274), filed September 1, 2020. In the Joint Status Report, the parties explain they have continued discussing the exchange of necessary information to prepare for the possibility of settlement. (Doc. 274 at 1). The parties request an additional 90 days to complete their investigation and review. (Doc. 274 at 2).

      **IT IS THEREFORE ORDERED** that the parties shall file a joint status report outlining the case posture and the status of document exchange no later than **December 1, 2020**.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE