IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE ANDERSON LIVING TRUST
f/k/a THE JAMES H. ANDERSON LIVING
TRUST, et al.,

      Plaintiffs,

v.                                            CV No. 13-909 WJ/CG

ENERGEN RESOURCES CORPORATION,

      Defendant.

## ORDER TO FILE STATUS REPORT

**THIS MATTER** is before the Court on the parties' *Joint Status Report*, (Doc. 276), filed December 1, 2020. In the Joint Status Report, the parties explain they are currently engaged in settlement discussions and request an additional sixty days to continue those discussions. (Doc. 276 at 1-2).

**IT IS THEREFORE ORDERED** that the parties shall file a joint status report outlining the case posture and the status of settlement discussions no later than **February 1, 2021**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE