IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE ANDERSON LIVING TRUST
f/k/a THE JAMES H. ANDERSON LIVING
TRUST, et al.,

      Plaintiffs,

v.     CV No. 13-909 WJ/CG

ENERGEN RESOURCES CORPORATION,

      Defendant.

### ORDER SETTING HEARING ON JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

**THIS MATTER** is before the Court on the parties' *Joint Motion for Order (1) Preliminarily Approving Class Settlement, (2) Approving Notice to Class Members, (3) Establishing Opt Out and Objection Procedures, (4) Appointing a Class Administrator, and (5) Setting a Final Hearing Date to Consider Final Approval of the Class Settlement, Attorneys' Fees and Expenses* (the "Motion), (Doc. 283), filed April 5, 2021.

**IT IS HEREBY ORDERED** that a Motion hearing shall be conducted by telephone on **Tuesday, April 27, 2021, at 10:00 a.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceeding.

**IT IS SO ORDERED**.

                                       THE HONORABLE CARMEN E. GARZA
                                       CHIEF UNITED STATES MAGISTRATE JUDGE