IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE ANDERSON LIVING TRUST
f/k/a THE JAMES H. ANDERSON LIVING
TRUST, et al.,

    Plaintiffs,

v.                                        CV No. 13-909 WJ/CG

ENERGEN RESOURCES CORPORATION,

    Defendant.

## ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon notice that the parties have settled the following claims in Plaintiffs' operative complaint: (1) The Tatum Living Trust's claim of improper deduction from royalties of the Trust's proportionate share of tax under the New Mexico Natural Gas Processors' Tax; (2) The Tatum Living Trust's fuel gas claim of failure to pay royalties on drip condensate; (3) The Neely-Robertson Trust's claim for additional royalties on natural gas used as fuel; and (4) The Neely-Robertson Trust's claim for statutory interest on payments held in suspense under the New Mexico Oil and Gas Proceeds Payments Act.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents regarding the above-listed claims no later than **May 28, 2021**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE