IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE ANDERSON LIVING TRUST
f/k/a THE JAMES H. ANDERSON LIVING
TRUST, et al.,

       Plaintiffs,

v.                                                                                                  CV No. 13-909 WJ/CG

ENERGEN RESOURCES CORPORATION,

       Defendant.

## ORDER FOR A JOINT STATUS REPORT

**THIS MATTER** is before the Court upon Class Counsel's *Status Report on Settlement Accounting* (the "Report"), (Doc. 303), filed October 25, 2021. In the Report, which the Court previously ordered on July 22, 2021, (Doc. 302), Class Counsel indicates that all but twenty-five checks "were timely mailed on or before October 20, 2021[,]" and that "[t]o date, administrative expenses have been received in the amounts of $23,114.95 and $12,428.48 from the Class Administrator Barbara A. Ley, P.C." (Doc. 303 at 1). Class Counsel further indicates that "[a]n additional report will be filed as soon as further information is available concerning returned checks, status of addresses and further administrative expense." *Id.*

**IT IS THEREFORE ORDERED** that Class Counsel shall provide to the Court by no later than **February 1, 2022**, a status report, including a final accounting of the actual administrative costs to be awarded to Class Administrator Barbara A. Ley, P.C., or a further update on the status of such a final accounting.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE