IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE ANDERSON LIVING TRUST
f/k/a THE JAMES H. ANDERSON LIVING
TRUST, et al.,

      Plaintiffs,

v.                                                              CV No. 13-909 WJ/CG

ENERGEN RESOURCES CORPORATION,

      Defendant.

## ORDER GRANTING MOTION TO DISBURSE FUNDS AND TO FILE ACCOUNTING AND ADMINISTRATIVE COSTS

**THIS MATTER** is before the Court upon Class Counsel's *Motion to Disburse Funds and to File Accounting and Administrative Costs* (the "Motion"), (Doc. 305), filed January 31, 2022. In the Motion, Class Counsel explains that since the Court's previous *Order for a Joint Status Report*, (Doc. 304), filed November 1, 2021, "numerous contacts [have been made] with class members and additional distributions based upon locating the successors of interest of deceased or former owners have been made." (Doc. 305 at 1). Class counsel further explains that, during that process, "subsequent title information furnished by the [Bills Living Trust] family to class counsel . . . indicate[d] that when the title information received from Energen is updated with the family conveyances, the three (3) successor interests are equal, Diane Paukstis, Liane McMillin, and the Bills Living Trust." Id. at 1-2. As a result of this updated information, there will be a difference due to the Bills Living Trust in the amount of $14,949.09, and thus Class Counsel "requests the Court authorize an additional, Class Administration check to the Bills Living Trust" in this amount. *Id.* at 2. Class Counsel additionally asks

that the Court extend the deadline for Class Counsel to provide a status report and final accounting, including an accounting of administrative costs, to March 22, 2022. *Id.* The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Class Counsel is authorized to submit an additional check to the Bills Living Trust in the amount of $14,949.09. **IT IS FURTHER ORDERED** that Class Counsel shall provide to the Court by no later than **March 22, 2022**, a status report and final accounting, including a final accounting of the actual administrative costs to be awarded to Class Administrator Barbara A. Ley, P.C., or a further update on the status of such a final accounting.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE