**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

THE ANDERSON LIVING TRUST
f/k/a THE JAMES H. ANDERSON LIVING
TRUST, et al.,

      Plaintiffs,

v.                                                  CV No. 13-909 WJ/CG

ENERGEN RESOURCES CORPORATION,

      Defendant.

**ORDER GRANTING MOTION TO DISBURSE FUNDS AND
TO EXTEND DEADLINE TO FILE
FINAL ACCOUNTING AND ADMINISTRATIVE COSTS**

      **THIS MATTER** is before the Court upon Class Counsel's *Motion to Disburse Funds and Extend Final Accounting* (the "Motion"), (Doc. 307), filed March 21, 2022. In the Motion, Class Counsel explains that since the Court's previous *Granting Motion to Disburse Funds and to File Accounting and Administrative Costs*, (Doc. 306), filed February 2, 2022, "the vast majority of all funds have been disbursed." (Doc. 307 at 1). Class Counsel further explains that "title and ownership records . . . included Sybil Malouff as a potential class member." *Id*. Class Counsel indicates that interests were paid to Ms. Malouff's successors, with the exception of her sister, Josephine Fletcher, who is deceased. *Id*. Class Counsel thus asks the Court to "authorize additional checks from the Class Administration to the heirs of Josephine Fletcher equally" in the amount of $18,138.66, each for a "total amount of $54,415.98." *Id.* at 1-2. Finally, Class Counsel asks the Court to extend the deadline for Class Counsel to provide a final accounting and status report to May 21, 2022. *Id.* at 2. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that, should the Class Administrator determine that the balance in the settlement fund is sufficient to distribute additional checks to the heirs of Josephine Fletcher, who is deceased, equally in the amount of $18,138.66, each for a total amount of $54,415.98, such checks may be issued.

**IT IS FURTHER ORDERED** that the stop payment procedure described in the Motion, (Doc. 307 at 2, ¶ 5), is authorized.

**IT IS FINALLY ORDERED** that Class Counsel shall provide to the Court, by no later than **May 21, 2022**, a status report and final accounting, including a final account of the actual administrative costs to be awarded to Class Administrator Barbara A. Ley, P.C., or a further update on the status of such a final accounting.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE